At the United State District Court of the Eastern District of New York, held in said courthouse located at 225 Cadman Plaza E., Brooklyn, New York, on the       day of March 2006.

PRESENT:

Magistrate Kiyo Matsumoto

-----------------------------------------------------------X
CAROLYN LOPEZ, individually and as
administratrix of the estate of
CARLOS LOPEZ, deceased,

Docket No.: CV-05-3624 (ARR)(KAM)

Plaintiff,

-against-

THE CITY OF NEW YORK, and "JOHN DOES," whose identities and numbers are presently unknown but who represent police officers and non-uniformed police employees of defendant CITY OF NEW YORK, both in their individual and official capacities,

ORDER TO PRODUCE AND ADMIT FOR PURPOSE OF TAKING A DEPOSITION IN A CIVIL CASE

Defendants.
-----------------------------------------------------------X

Upon the application of The Cochran Firm, attorneys for the plaintiff, CAROLYN LOPEZ, and upon the consent of Alan Scheiner, Assistant Corporation Counsel, attorneys for the defendants, it is hereby

ORDERED, that the warden of Riker's Island Penitentiary and the New York City Department of Correction shall on March 20, 2006, at 11:00 A.M. or an alternative date that is mutually convenient, admit into the Bernard C. Kerik facility in the attorney interviewing room, upon showing of government issued identification for the purpose of deposing inmate ANTHONY KIRBY a/k/a ANDREW GOLDEN, Corrections Book and Case No. 141056082, date of birth June 17, 1983, the

following persons: Alan Scheiner of the Corporation Counsel's office, Derek Sells of the Cochran Firm and a stenographer from Diamond Reporting Service and a videographer; and it is further

ORDERED, that the warden of Riker's Island Penitentiary and the Department of Corrections is hereby directed to produce inmate ANTHONY KIRBY A/K/A ANDREW GOLDEN, Corrections Book and Case No. 141056082 at the Bernard C. Kerik facility for purposes of being deposed; and it is further

ORDERED, that the Department of Correction is hereby directed to permit the stenographer and videographer to bring in said attorney interviewing room electronic equipment necessary to record and/or transcribe the deposition, and it is further

ORDERED, that the warden of Riker's Island Penitentiary and/or the Department of Correction shall make available for use by the parties at said deposition a VHS player and TV monitor, if available, or notify said parties in advance that they may make arrangements to bring to the Bernard Kerik facility their own VHS player and TV monitor.

ENTER: So ordered.

Magistrate Kiyo Matsumoto   3/2/06

# THE COCHRAN FIRM
## New York, New York

127 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30303

1 North LaSalle
Suite 2450
Chicago, Illinois 60602

163 West Main Street
Dothan, Alabama 36301

4929 Wilshire Boulevard
Suite 1010
Los Angeles, California 90010

THE WOOLWORTH BUILDING
233 BROADWAY, 5TH FLOOR
NEW YORK, NEW YORK 10279
TEL. NO.: (212) 553-9215
FAX NO.: (212) 227-8763

Writer's Direct Dial 212-553-9120

March 2, 2006

One Commerce Square
26th Floor
Memphis, Tennessee 38103

99 Hudson Street
8th Floor
New York, New York 10013

306 N. Main Street
Tuskegee, Alabama 36083

1100 New York Avenue, NW
2nd Floor
Washington, D.C. 20005

**VIA FACSIMILE 718-613-2185**

Magistrate Kiyo Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

Re: Lopez v. The City of New York, et al
Docket No.: CV-05-3624

Dear Magistrate Matsumoto:

Pursuant to the telephone conversation defense counsel and I had with you earlier today pertaining to the above matter, enclosed is a revised Order pertaining to the above matter.

Thank you for your consideration and prompt attention to this request.

Respectfully submitted.

DEREK S. SELLS

DSS:vmg
Enc.

cc: Alan Scheiner, Esq.
　　Assistant Corporation Counsel

P.S.　This letter is being faxed with permission from Chambers.