UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CAROLYN LOPEZ, individually and as administratrix of the estate of CARLOS LOPEZ, deceased,

                                                    Plaintiff,

-against-

THE CITY OF NEW YORK, and "JOHN DOES," whose identities and numbers are presently unknown but who represent police officers and non-uniformed police employees of defendant CITY OF NEW YORK, both in their individual and official capacities,

                                                    Defendants.

------------------------------------------------------------------- x

**DOCKET & FILE**

CV-05-3624 (ARR) (KAM)

AMENDED ORDER TO PRODUCE AND ADMIT FOR THE PURPOSE OF TAKING A DEPOSITION IN A CIVIL CASE

       Upon the application of defendant City of New York, by and through its attorney Michael A. Cardozo, the Corporation Counsel of the City of New York, with the consent of the Cochran Firm, attorneys for the plaintiff, CAROLYN LOPEZ, it is hereby

       ORDERED, that the warden of Riker's Island Penitentiary and the New York City Department of Correction shall on March 20, 2006, at 11:00 A.M. or an alternative date that is mutually convenient, admit into the Bernard C. Kerik facility, at 125 White Street, in the attorney interviewing room, upon showing of government issued identification, for the purpose of deposing inmate ANTHONY KIRBY a/k/a ANDREW GOLDEN, Corrections Book and Case No. 141056082, date of birth June 17, 1983, the following persons: Alan Scheiner of the Corporation Counsel's office, Derek Sells of the Cochran Firm and a stenographer from Diamond Reporting Service and a videographer named CARLOS LOPEZ, from the videography firm of Video Portfolio Productions; and it is further

ORDERED, that the warden of Riker's Island Penitentiary and the Department of Corrections is hereby directed to produce inmate ANTHONY KIRBY A/K/A ANDREW GOLDEN, Corrections Book and Case No. 141056082 at the Bernard C. Kerik facility for purposes of being deposed; and it is further

ORDERED, that the Department of Correction is hereby directed to permit the stenographer and videographer to bring in said attorney interviewing room electronic equipment necessary to record and/or transcribe the deposition, and it is further

ORDERED, that the warden of Riker's Island Penitentiary and/or the Department of Correction shall make available for use by the parties at said deposition a VHS player and TV monitor, if available, or notify said parties in advance that they may make arrangements to bring to the Bernard Kerik facility their own VHS player and TV monitor.

SO ORDERED:

_____          3/16/06

Magistrate Kiyo Matsumoto, USMJ