UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- X
CAROLYN LOPEZ, individually and as
Administratrix of the estate of
CARLOS LOPEZ, deceased,

    Plaintiff,

 -against-

THE CITY OF NEW YORK, and "JOHN
DOES," whose identities and numbers are
presently unknown but who represent
police officers and non-uniformed police
employees of defendant CITY OF NEW
YORK, both in their individual and official
capacities,

    Defendants.
------------------------------------- X

Docket No.: 1:05-CV-03624 (KAM) (RML)

WITHDRAWAL OF APPEARANCE

  Joseph E. Czerniawski, in anticipation of his departure from the firm Edwards Angell Palmer & Dodge LLP, requests leave to withdraw his appearance for defendant The City of New York in this action. The City of New York will continue to be represented by Ira G. Greenberg and Zachary W. Silverman of that firm, both of whom already have appearances on file.

Dated: New York, New York
   March ___, 2011

                _____
                Joseph E. Czerniawski
                EDWARDS ANGELL PALMER & DODGE LLP
                750 Lexington Avenue, 8th Floor
                New York, New York 10022
                212.308.4411