# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue   New York, NY 10022   212.308.4411   *fax* 212.308.4844   eapdlaw.com

Zachary W. Silverman
212.912.2759
*fax* 866.955.9376
zsilverman@eapdlaw.com

June 24, 2011

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   <u>Lopez v. City of New York</u>, No. 05-cv-03624 (RML)

Dear Judge Levy:

In addition to the equipment we have already requested for use at trial, we would also like access to a computer with a DVD drive and either a screen or a projector that can play images from that computer, together with all necessary cables and connections. Thank you for your assistance.

Respectfully,

*[signature]*

Zachary W. Silverman

NYC 397246.1

cc:   Gerard Lucciola (by mail)