# THE COCHRAN FIRM

## New York, New York

127 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30303

1 North LaSalle
Suite 2450
Chicago, Illinois 60602

163 West Main Street
Dothan, Alabama 36301

4929 Wilshire Boulevard
Suite 1010
Los Angeles, California 90010

THE WOOLWORTH BUILDING
233 BROADWAY, 5TH FLOOR
NEW YORK, NEW YORK 10279
TEL. NO.: (212) 553-9215
FAX NO.: (212) 227-8763

One Commerce Square
26TH Floor
Memphis, Tennessee 38103

99 Hudson Street
8TH Floor
New York, New York 10013

306 N. Main Street
Tuskegee, Alabama 36083

1100 New York Avenue, NW
2ND Floor
Washington, D.C. 20005

Writer's direct dial (212) 553-9120

June 28, 2011

**By Electronic Filing**

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                               Re: Lopez v. The City of New York
                                       Case No: 05-cv-03624(RML)

Dear Judge Levy:

    We represent plaintiff in the referenced matter.

    Due to an inadvertent oversight, we missed a recent deadline for submission of proposed jury voir dire questions and requests to charge.

    Please be assured that this oversight was unintentional and, with your permission, we ask that we be given until the end of the business day this Thursday, June 30, 2011 to make the submission.

    We apologize for any inconvenience this may have caused to you and to our adversary and respectfully thank you for your consideration herein.

                                                         Respectfully yours,

                                                         Derek S. Sells (DS-8891)

DSS/
cc: Ira G. Greenberg, Esq. (by mail)