# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue   New York, NY 10022   212.308.4411   *fax* 212.308.4844   eapdlaw.com

Zachary W. Silverman
212.912.2759
*fax* 866.955.9376
zsilverman@eapdlaw.com

July 22, 2011

Hon. Robert M. Levy
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY  11201

     Re:   <u>Lopez v. City of New York, No. CV 05-3624 (RML)</u>

Dear Judge Levy:

We request that you grant leave to defendant City of New York to file a motion for summary judgment. As we have already discussed the relevant issues at the pre-trial conference, we do not believe a pre-motion conference is necessary. However, we will, of course appear if Your Honor deems it appropriate.

Respectfully,

Zachary W. Silverman

cc:    Derrick Sells, Esq.
        Paul Chin, Esq.