Ira G. Greenberg
Zachary W. Silverman
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendants
750 Lexington Avenue
New York, NY 10022
212.308.4411

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------- X
CAROLYN LOPEZ, individually and as :
Administratrix of the estate of
CARLOS LOPEZ, deceased, :

      Plaintiff,

  -against-

THE CITY OF NEW YORK, Detective
ALFRED ROBINSON, Shield #6203 and
"JOHN DOES," whose identities and
numbers are presently unknown but who
represent police officers and non-uniformed
police employees of defendant CITY OF
NEW YORK, both in their individual and
official capacities,

      Defendants.
---------------------------------------- X

No. 1:05-CV-03624 (RML)

DECLARATION OF ZACHARY W. SILVERMAN IN SUPPORT OF DEFENDANT CITY OF NEW YORK'S MOTION FOR SUMMARY JUDGMENT

STATE OF NEW YORK  )
                       : ss.:
COUNTY OF NEW YORK )

    ZACHARY W. SILVERMAN declares as follows:

    1.    I am a member of the bar of this Court and I am associated with the firm of Edwards Angell Palmer & Dodge LLP, attorneys for defendants City of New York and Detective Alfred Robinson. I make this declaration in support of the City's motion for summary judgment.

NYC 401891.1

2.  Annexed as exhibit A is a copy of the summons and first amended verified complaint, dated August 12, 2011.

3.  Annexed as exhibit B is an excerpt from the deposition of defendant Detective Alfred Robinson, dated October 20, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
September 12, 2011

Ira G. Greenberg
Zachary W. Silverman
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendants
750 Lexington Avenue
New York, NY 10022
212.308.4411