AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Carolyn Lopez
*Plaintiff*
v.
City of New York, et al
*Defendant*

Civil Action No. 05 CV 3624 (RML)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and ~~the defendant *(name)* recover costs from the plaintiff~~ *(name)* _____

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Robert M. Levy presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 11/17/2011

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

By Alexa Rosenbloom