# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
CAROLYN LOPEZ, individually and as
Administratrix of the Estate of CARLOS
LOPEZ, deceased,

                       Plaintiff,                       Docket No: 1:05-cv-03624 (RML)

   -against-

THE CITY OF NEW YORK, and Detective
ALFRED ROBINSON, Shield #6203 and "JOHN       NOTICE OF APPEAL
DOES" whose identities and numbers are presently
unknown but who represent police officers and
non-uniformed police employees of defendant
CITY OF NEW YORK, both in their individual
and official capacities.

                       Defendants
-------------------------------------------------------------X

**NOTICE IS HEREBY GIVEN** that Plaintiff, in the above captioned matter, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment and jury verdict, entered on or about November 17, 2011, finding that Plaintiff recover nothing and that the above action be dismissed on the merits.

Dated: New York, New York                    Respectfully submitted,
        December 15, 2011

                                                      Carolyn Lopez (*pro se*)
                                                      18 Hunterfly Place, Apt. 1A
                                                      Brooklyn, NY 11223
                                                      (347) 221-1749

```
&%RP&%D1&%RPCourt Name: Eastern District of
New York
Division: 1
Receipt Number: 4653037663
Cashier ID: vklein
Transaction Date: 12/16/2011
Payer Name: THE COCHRAN FIRM PC
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: THE COCHRAN FIRM PC
 Case/Party: D-NYE-1-05-CV-003624-000
 Amount:         $455.00
----------------------------------
CHECK
 Check/Money Order Num: 10383
 Amt Tendered:  $455.00
----------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00
```