**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of October, two thousand and twelve.

Before:    Ralph K. Winter,
                *Circuit Judge*.

_____

Carolyn Lopez, individually and as administratrix of the estate of Carlos Lopez, deceased,

    Plaintiff-Appellant,

        v.

City of New York, John Does, whose identities and numbers are presently unknown but who represent police officers and nonuniformed police employees of defendant City of New York, both in their individual and official capacities, Alfred Robinson, Detective,

    Defendants-Appellees.

_____

**ORDER**
Docket No. 11-5266

    IT IS HEREBY ORDERED that the appeal is dismissed effective October 26, 2012, unless appellant files a corrected brief and appendix by that date.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 12/17/2012**